**No. D-2539. In the Matter of Disbarment of Leonard Udell Stolar.**

563 U.S. 1019, 131 S. Ct. 2952, 180 L. Ed. 2d 241, 2011 U.S. LEXIS 4074.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 814, 131 S. Ct. 405, 178 L. Ed. 2d 269, 2010 U.S. LEXIS 7644.

**No. D-2540. In the Matter of Disbarment of Barry Roy Nager.**

563 U.S. 1019, 131 S. Ct. 2952, 180 L. Ed. 2d 241, 2011 U.S. LEXIS 4162.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 814, 131 S. Ct. 405, 178 L. Ed. 2d 270, 2010 U.S. LEXIS 7544.

**No. D-2542. In the Matter of Disbarment of Guy Burdette Bailey, Jr.**

563 U.S. 1019, 131 S. Ct. 2952, 180 L. Ed. 2d 241, 2011 U.S. LEXIS 4146.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 814, 131 S. Ct. 405, 178 L. Ed. 2d 270, 2010 U.S. LEXIS 7511.

**No. D-2543. In the Matter of Disbarment of Mitchell Eric Fox.**

563 U.S. 1019, 131 S. Ct. 2953, 180 L. Ed. 2d 241, 2011 U.S. LEXIS 4116.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 814, 131 S. Ct. 406, 178 L. Ed. 2d 270, 2010 U.S. LEXIS 7520.

**No. D-2544. In the Matter of Disbarment of Michael H Lubin.**

563 U.S. 1019, 131 S. Ct. 2953, 180 L. Ed. 2d 241, 2011 U.S. LEXIS 4065.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 814, 131 S. Ct. 406, 178 L. Ed. 2d 270, 2010 U.S. LEXIS 7527.

**No. D-2545. In the Matter of Disbarment of William Craig Campbell, II.**

563 U.S. 1019, 131 S. Ct. 2953, 180 L. Ed. 2d 241, 2011 U.S. LEXIS 4160.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 815, 131 S. Ct. 406, 178 L. Ed. 2d 270, 2010 U.S. LEXIS 7532.

**No. D-2546. In the Matter of Disbarment of Samuel Regester Neel, III.**

563 U.S. 1019, 131 S. Ct. 2953, 180 L. Ed. 2d 241, 2011 U.S. LEXIS 4073.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 815, 131 S. Ct. 406, 178 L. Ed. 2d 271, 2010 U.S. LEXIS 7508.

**No. D-2548. In re Matter of Disbarment of Andrew William Menyhart.**

563 U.S. 1019, 131 S. Ct. 2953, 180 L. Ed. 2d 241, 2011 U.S. LEXIS 4125.

May 31, 2011. Disbarment entered.

Former order, 562 U.S. 815, 131 S. Ct. 407, 178 L. Ed. 2d 271, 2010 U.S. LEXIS 7641.